# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DEREK M. ROGERS,**

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No. 2:18-cv-129
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

## ORDER

On October 17, 2018, the Magistrate Judge issued a Report and Recommendation in this case recommending that Plaintiff's Statement of Errors be overruled, and that judgment be entered in favor of Defendant. (ECF No. 13). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review by a District Judge. The time period for filing objections has passed, and no party has objected to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Report and Recommendation. (ECF No. 13). The Clerk is **DIRECTED** to enter judgment in favor of Defendant.

**IT IS SO ORDERED.**

11-28-2018
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**